# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-CR-00152-RLH-LRL |
| vs. | ) | **O R D E R** |
| RICARDO GAXIOLA-SANCHEZ, | ) | (Motion Requesting Admission/ or Revocation Hearing Pursuant to Fed.R.Crim.P. 32.1(b)(2)) –#53 |
| Defendant. | ) | |

Before the Court is Defendant's **Motion Requesting Admission/or Revocation Hearing Pursuant to 32.1(b)(2)** (#53, filed April 6, 2015) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion Requesting Admission/or Revocation Hearing Pursuant to 32.1(b)(2)** (#119) is hereby REFERRED to the UNITED STATES ATTORNEY for a response  within forty-five (45) days of the entry this Order. Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED:   April 13, 2015.

_____
Roger L. Hunt
United States District Judge